IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Houseboat STARSHIP II and ) | |
| CLYDE CRAIG and VICKI CRAIG ) | |
| Individually and d/b/a EAST PORT ) | NO. 2:05-0086 |
| MARINA, and JIM BARNA LOG ) | JUDGE HAYNES |
| SYSTEMS OF TENNESSEE, LLC, ) | |
| a domestic corporation d/b/a EAST ) | |
| PORT MARINA & RESORT. ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Lakeview Yachts's motion to dismiss (Docket Entry No. 12) is **DENIED**.

It is so **ORDERED**.

**ENTERED** this the 12th day of December, 2005.

WILLIAM J. HAYNES, JR.
United States District Judge